UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

MARCUS BENNETT,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No. CV613-083
CR604-016

U.S. DISTRICT COURT SAVANNAH DIV. FILED
2013 OCT 28 AM 9:29
CLERK
SO. DIST. OF GA.

**ORDER**

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 28 day of Oct, 2013.

**B. AVANT EDENFIELD**
**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**